IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CLINTON MYERS,  )<br>  )<br>                Defendant.  ) | Case No.  8:04CR183<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue his Plea Hearing, filing 29.  Being fully advised in the premises, and noting that the government has no objection to the same, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's plea hearing, presently scheduled for May 5, 2005, shall be continued for a plea hearing on June 16, 2005, at 2:00 p.m.  The defendant is ordered to appear at said time.

IT IS FURTHER ORDERED that based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's plea hearing.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, said continuance shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 3rd day of May, 2005.

                                            BY THE COURT

                                            s/ *David L. Piester*
                                            David L. Piester
                                            United States Magistrate Judge