```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | 8:04CR183 |
| v.    ) | |
| ) | |
| CLINTON W. MYERS,    ) | |
| ) | ORDER |
| Defendant.    ) | |
| ) | |

   IT IS ORDERED:

   1.  Defendant's motion to continue, filing 31, is granted and the change of plea hearing is continued to July 21, 2005 at 11:00 a.m. before the undersigned magistrate judge in before the undersigned magistrate judge in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

   2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

   DATED this 15th day of June, 2005.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge